AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Friedman, Paul L. | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>05/13/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Senior Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

U.S. Courthouse, Rm. 6012
333 Constitution Ave. N.W.
Washington, D.C. 20001

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   See attached Rider A | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | See attached Rider B |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedman, Paul L. | 05/13/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | Retirement Income Pension Plan Administered by State Street Retiree Service - Pension Plan | $15,789.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✔] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. See attached Rider C | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedman, Paul L. | 05/13/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. See attached Rider C | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedman, Paul L. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SEE PART VIII - ASSET ORDER SLIGHTLY CHANGED | | | | | | | | | |
| 2. LISTED INVESTMENT FUNDS: | | | | | | | | | |
| 3. BROKERAGE ACCOUNT | | | | | | | | | |
| 4. -Gabelli Small Cap Fund | B | Dividend | L | T | | | | | |
| 5. -Gabelli Asset Fund | C | Dividend | L | T | | | | | |
| 6. -Harbor International | B | Dividend | M | T | | | | | |
| 7. -Fidelity Spartan Tax Free Bond Fund | D | Dividend | M | T | Buy (add'l) | 04/03/12 | K | | |
| 8. -iShares Cohen & Steers Realty Majors Index Fd | B | Dividend | K | T | | | | | |
| 9. -iShares Russell 1000 Growth Index Fund | B | Dividend | L | T | | | | | |
| 10. -iShares Russell 2000 Growth Index Fund | A | Dividend | K | T | | | | | |
| 11. -iShares Russell 2000 Value Index Fund | A | Dividend | K | T | | | | | |
| 12. -Vanguard Short Term Tax Exempt Fund | A | Dividend | K | T | | | | | |
| 13. -Brown Capital Mgmt Small Company Fd | A | Dividend | J | T | | | | | |
| 14. -Perkins Mid Cap Value Fund | A | Dividend | J | T | | | | | |
| 15. -Royce Special Equity Fund | A | Dividend | J | T | | | | | |
| 16. -Eaton Vance Parametric Fund | A | Dividend | K | T | | | | | |
| 17. -SPDR S&P Dividend Fund | B | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedman, Paul L. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA ACCOUNT #1 | G | Dividend | P1 | T | | | | | |
| 19. -T. Rowe Price Equity Income | | | | | | | | | |
| 20. -Longleaf Partners | | | | | | | | | |
| 21. -Longleaf Partners Small Cap Fd | | | | | | | | | |
| 22. -PIMCo Real Return | | | | | | | | | |
| 23. -Schwab Money Market Fd | | | | | | | | | |
| 24. -Morgan Stanley US RE | | | | | | | | | |
| 25. -American Funds EuroPacific Growth Fd. F | | | | | | | | | |
| 26. -T. Rowe Price Mid Cap Growth | | | | | Buy (add'l) | 05/23/12 | L | | |
| 27. -Dodge & Cox Stock | | | | | | | | | |
| 28. -First Eagle Global | | | | | | | | | |
| 29. -Harbor International | | | | | | | | | |
| 30. -Loomis Sayles Investment Gr Bond Fd | | | | | Sold (part) | 12/20/12 | L | E | |
| 31. -American Fed Bank CD 3.0% 01/09/13 | | | | | | | | | |
| 32. -Ohio Valley Bk CD 3.45% 07/15/14 | | | | | | | | | |
| 33. -Royce Special Equity Fd | | | | | | | | | |
| 34. -T. Rowe Price Capital Appreciation Fd | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Vanguard PRIMECAP Core Fd | | | | | | | | | |
| 36. -Vanguard Small Cap Growth Index Fd | | | | | | | | | |
| 37. -Lazard Emerging Markets Fd | | | | | | | | | |
| 38. -PRIMECAP Odyssey Stock Fd | | | | | | | | | |
| 39. -Discover Bank CD 3.5% 05/13/14 | | | | | | | | | |
| 40. -The Delafield Fund | | | | | | | | | |
| 41. -Meridian Growth Fund | | | | | Sold | 05/23/12 | L | A | |
| 42. -T. Rowe Price Growth Stock Fund | | | | | | | | | |
| 43. -SPDR S&P Dividend Fund | | | | | | | | | |
| 44. -US Treasury STRIP 0% 11/15/15 | | | | | Sold | 08/14/12 | L | D | |
| 45. -US Treasury STRIP 0% 11/15/16 | | | | | Sold | 08/14/12 | L | D | |
| 46. -US Treasury STRIP 0% 11/15/17 | | | | | Sold | 08/14/12 | L | D | |
| 47. -Dodge & Cox Income Fund | | | | | Sold (part) | 12/20/12 | K | B | |
| 48. -Loomis Sayles Bond Fund | | | | | Buy (add'l) | 12/20/12 | J | | |
| 49. -Vanguard GNMA Fund | | | | | | | | | |
| 50. -Goldman Sachs Bank CD 1.8% 8/8/17 | | | | | Buy | 8/16/12 | L | | |
| 51. -Discover Bank CD 1.9% 9/21/16 | | | | | Buy | 8/16/12 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedman, Paul L. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -GE Capital Bank CD 1.05% 2/17/15 | | | | | Buy | 8/17/12 | L | | |
| 53. -Templeton Global Bond Fund | | | | | Buy | 12/20/12 | M | | |
| 54. IRA ACCOUNT #2 | E | Dividend | O | T | | | | | |
| 55. -Schwab Money Market Fund | | | | | | | | | |
| 56. -T. Rowe Price Mid Cap Growth Fd | | | | | | | | | |
| 57. -Loomis Sayles Investment Gr Bond Fd | | | | | Sold (part) | 12/20/12 | J | C | |
| 58. -T. Rowe Price Growth Stock Fd | | | | | | | | | |
| 59. -American Funds EuroPacific Growth Fd | | | | | | | | | |
| 60. -GE Capital Fncl CD 5% 08/27/13 | | | | | | | | | |
| 61. -GE Money Bk CD 4.15% 12/18/12 | | | | | Matured | 12/18/12 | K | A | |
| 62. -Ohio Valley Bk CD 3.45% 07/15/14 | | | | | | | | | |
| 63. -Brown Capital Mgmt Small Company Fd | | | | | | | | | |
| 64. -Perkins Mid Cap Value Fd | | | | | | | | | |
| 65. -Royce Special Equity Fund | | | | | | | | | |
| 66. -American Funds New World Fd | | | | | | | | | |
| 67. -First Eagle Global | | | | | | | | | |
| 68. -Discover Bank CD 3.5% 05/13/14 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedman, Paul L. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -PIMCo Real Return Fd | | | | | Sold | 12/20/12 | K | B | |
| 70. -SPDR S&P Dividend Fund | | | | | | | | | |
| 71. -Dodge & Cox Income Fund | | | | | Sold (part) | 12/20/12 | J | A | |
| 72. -Loomis Sayles Bond Fund | | | | | | | | | |
| 73. -Vanguard GNMA Fund | | | | | | | | | |
| 74. -Templeton Global Bond Fund | | | | | Buy | 12/20/12 | K | | |
| 75. -Goldman Sachs Bank CD 1.55% 10/17/17 | | | | | Buy | 12/24/12 | K | | |
| 76. MONEY MARKET ACCOUNTS: | | | | | | | | | |
| 77. T. Rowe Price Tax Exempt Fd | A | Interest | L | T | | | | | |
| 78. Schwab US Treasury Money Fd | | | K | T | | | | | |
| 79. TAX EXEMPT FUNDS: BROKERAGE ACCOUNT | | | | | | | | | |
| 80. New York Thrwy 5.25% | A | Interest | | | Sold | 04/01/12 | K | A | |
| 81. Anne Arundel Cnty 4.2% | B | Interest | K | T | | | | | |
| 82. Mass Water Pollution 3.25% | A | Interest | K | T | | | | | |
| 83. District of Columbia 3.25% | B | Interest | K | T | | | | | |
| 84. New Hampshire Health 4.00% | A | Interest | K | T | | | | | |
| 85. STOCK WARRANTS: | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedman, Paul L. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  ▓▓▓▓▓ | | None | J | T | | | | | See Part VIII |
| 87.  INVESTMENT PARTNERSHIPS: | | | | | | | | | |
| 88.  ▓▓▓▓▓▓▓▓  (Y) | | | | | | | | | See Part VIII |
| 89.  LIFE INSURANCE | | | | | | | | | |
| 90.  Security Mutual Life Ins. Co. of NY Universal Life Policy | C | Dividend | M | T | | | | | See Part VIII |
| 91.  Mass Mutual Life Ins Co | B | Dividend | K | T | | | | | See Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

EXPLANATORY COMMENTS for PART VII (by Line Item Number):

1) The order in which assets are listed for calendar year 2012 has changed slightly from the order listed in the 2011 report. In the Brokerage Account, iShares Russell 1000 Value Index Fund and Vanguard Intermediate Tax Exempt Fund were deleted from the list, because they were completely sold in 2011 (as indicated in the 2011 Financial Disclosure Report). In IRA Account #1, American Funds Growth Fund of America F, PIMCo Total Return, Vanguard Short Term Federal Fd and Columbia Value & Restructuring Fd were deleted from the list, because they were completely sold in 2011 (as indicated in the 2011 Financial Disclosure Report). In IRA Account #2, PIMCo Total Return, Columbia Value & Restructuring Fd and Vanguard Short Term Federal Fund were deleted from the list, because they were completely sold in 2011 (as indicated in the 2011 Financial Disclosure Report). Tax Exempt Funds - Brokerage, Will County 5.25% and Southern IL Univ 0% were deleted from the list, because they were completely sold in 2011 (as indicated in the 2011 Financial Disclosure Report). Investment Partnerships,          Redevelopment Assoc.          NY were deleted from the list as they were completely sold in 2011 (as indicated in the 2011 Financial Disclosure Report). Other than the aforementioned changes, the order is close to that of the 2011 report as all new investment funds for 2012 are listed at the bottom of the appropriate account.

86)          Inc stock warrants. Four Contingent Payment Rights issued to former limited partners of                              in 1993.

88)                         ended, and a final Form K-1 received, in 2011. This item should have listed the termination on the 2011 Federal Disclosure Report. This item will be removed for the 2013 Report.

90) Universal Life Policy taken out on 08/18/05 as a result of a Section 1035 Exchange from two existing Whole Life Policies issued by same insurance company. Person Reporting is Insured and Owner;          No underlying investment options. The gain on the policy for 2012 was $3,667.98 and was not currently taxable.

91) Group Flexible Premium Adjustable Life Insurance Policy issued by former employer in 1993. Person Reporting is Insured and Owner.

| Name of Person Reporting | Date of Report |
|---|---|
| Friedman, Paul L. | 05/13/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Paul L. Friedman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

FRIEDMAN, PAUL L.                                                    5/13/13


## RIDER A

Member                              Council of the American Law Institute (the
                                    governing body of the Institute).  I have been a
                                    member of the Council since 1998.

FINANCIAL DISCLOSURE REPORT

FRIEDMAN, PAUL L.                                          5/13/13

RIDER B

Upon my appointment to the United States District Court for the District of Columbia in 1994, I withdrew from my partnership in the law firm of             I have and will have no agreements with respect to future employment or for a leave of absence during government service.

With respect to the continuation of payments by         and continuing participation in employee welfare or benefit plans, I report the following:

1. Under the        partnership agreement to which I became a party on October 1, 1979, I was entitled to be paid in equal installments on a monthly basis over six years what was due me from my capital contribution account, based on contributions I have already made. I began receiving these monthly payments in January of 1995. The payments ended in December of 2000.

2. Under the        Retirement Income Pension Plan for Eligible Partners, a qualified defined benefit plan, effective January 1, 1989, I am entitled to be paid a fixed sum annually upon reaching the age of 65, on February 20, 2009. Those payments began on March 1, 2009 and are paid in monthly installments.

3. I was also a member of the        Savings & Investment Plan, a profit-sharing plan with a Section 401(k) component, which became effective on January 1, 1983. It was liquidated and rolled over into IRA Account No. 1 in 2003.

FRIEDMAN, PAUL L.                                              5/13/13

## RIDER C:  REIMBURSEMENTS AND GIFTS

1.      American Law Institute
        January 26-27, 2012
                Meeting of ALI Council in Philadelphia.
                Reimbursement by the American Law Institute for
                transportation, hotel and meals.

2.      American Law Institute
        February 27-28, 2012
                Meeting of an ALI committee in New York.
                Reimbursement by the American Law Institute for
                transportation, hotel and meals.

3.
        May 6, 2012
                My wife and I were her guests at the Annual
                Kennedy Center Gala.
        Value                                                 $600

4.
        May 14, 2012
                My wife and I were their guests for dinner and
                Washington Nationals game.
        Value                                                 $500

5.
        August 17, 2012
                My wife and I were their guests for dinner and
                Washington Nationals game.
        Value                                                 $500

6.
        September 15, 2012
                My wife and I were their guests at THEARC
                Annual Benefit.
        Value                                                 $350

7.  American Law Institute
    October 17-19, 2012
        Meeting of ALI Council in New York.
        Reimbursement by the American Law Institute for
        transportation, hotel and meals.

8.  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
    November 3, 2012
        My wife and I were their guests for the Lombardi
        Cancer Center Benefit.
    Value                                              $700

9.  ▓▓▓▓▓▓▓▓▓▓
    November 15-18, 2012
        My wife and I were their guests for birthday party
        in Las Vegas.
    Value                                              $600